UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFERY HAMM,

Plaintiff,

-against-

CITY UNIVERSITY OF NEW YORK; HERBERT H. LEHMAN COLLEGE; OFFICE OF STUDENTS WITH DISABILITIES; GABRIELLA KOHLER, ASSOCIATE DIRECTOR, STUDENT DISABILITY SERVICES; IVANA KRSTOVSKA-GUERRERO, PhD.; ENJA SCHENCK, EXS 264, LEHMAN COLLEGE,

Defendants.

20-CV-2876 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued November 2, 2020, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiff and note service on the docket.[1]

SO ORDERED.

Dated: November 2, 2020
New York, New York

Louis L. Stanton
U.S.D.J.

[1] Plaintiff has consented to receive electronic service of notices and documents in this case. (ECF No. 3.)